

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2016

No. 04-16-00313-CV

Sergio **ALANIS**, Sr., Maria Guadalupe Alanis, Susie Alanis, Sergio Alanis, Jr., and Alonzo Alanis,
Appellants

v.

Jesus Maria **ALVAREZ** and Alvarez & Associates,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-00-328
Honorable Federico Hinojosa, Judge Presiding

## O R D E R

This appeal is of a final judgment granting a motion for summary judgment filed by appellee Jesus Maria Alvarez d/b/a Alvarez & Associates and entering a take nothing judgment as to the claims asserted by appellants. The appellee's brief was originally due to be filed in this appeal on July 29, 2016. The appellee's first motion for extension of time was granted, extending the deadline for filing the brief to August 29, 2016. Because neither the brief nor a motion for extension of time was filed by August 29, 2016, this court issued an order dated September 6, 2016, ordering appellee's brief to be filed no later than September 16, 2016.

On September 19, 2016, appellee filed a motion seeking to adopt a brief filed by a party in appeal number 04-15-00712-CV as the appellee's brief in the instant appeal. The motion is DENIED. Appellee must file a brief responsive to the appellants' brief no later than September 30, 2016, or this appeal will be set "at issue" and will be submitted without an appellee's brief. **<u>No further motions for extension of time will be considered</u>**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court